# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| MELVIN M. HUDSPATH, | Case No. 3:20-cv-00638-LRH-CLB |
| Petitioner, | **ORDER** |
| v. | |
| KYLE OLSON, et al., | |
| Respondents. | |

Petitioner, who is in the custody of the Nevada Department of Corrections, has submitted an application to proceed in forma pauperis (ECF No. 1) and a petition for a writ of habeas corpus. He did not include with his application a financial certificate and a copy of his inmate account statement, as required by 28 U.S.C. § 1915(a)(2) and Local Rule LSR 1-2.

IT THEREFORE IS ORDERED that the application to proceed in forma pauperis (ECF No. 1) is **DENIED** without prejudice.

IT FURTHER IS ORDERED that petitioner must file another application for leave to proceed in forma pauperis, accompanied by a signed financial certificate and a statement of his inmate account. The clerk of the court shall send petitioner a blank application form for incarcerated litigants. In the alternative, petitioner must make the necessary arrangements to pay the filing fee of $5.00, accompanied by a copy of this order. Petitioner will have 45 days from the date that this order is entered to comply. Failure to comply will result in the dismissal of this action.

DATED this 16th day of November, 2020.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

1