# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

MELVIN M. HUDSPATH,

    Petitioner,

v.

KYLE OLSON, et al.,

    Respondents.

Case No. 3:20-cv-00638-LRH-CLB

**ORDER**

This is a habeas corpus action under 28 U.S.C. § 2254.  Petitioner has submitted an application to proceed in forma pauperis.  ECF No. 4.  The court finds that petitioner has enough money in his inmate account and receives enough money in deposits to pay the filing fee of $5.00.

IT THEREFORE IS ORDERED that the application to proceed in forma pauperis (ECF No. 4) is **DENIED**.  Petitioner will have 45 days from the date that this order is entered to have the filing fee of $5.00 sent to the clerk of the court.  Failure to comply will result in the dismissal of this action.

IT FURTHER IS ORDERED that the clerk of the court send petitioner two copies of this order.  Petitioner must make the necessary arrangements to have one copy of this order attached to the check paying the filing fee.

DATED this 2nd day of December, 2020.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

1