# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MELVIN M. HUDSPATH, | Case No. 3:20-cv-00638-LRH-CLB |
| Petitioner, | **ORDER** |
| v. | |
| KYLE OLSON, et al., | |
| Respondents. | |

Petitioner has filed a motion for leave to file third amended petition (ECF No. 18). Respondents do not oppose the motion (ECF No. 19). The court finds good cause to grant petitioner's motion.

IT THEREFORE IS ORDERED that petitioner's motion for leave to file third amended petition (ECF No. 18) is **GRANTED**. Petitioner will have up to and including August 11, 2021, to file a third amended petition for a writ of habeas corpus.

DATED this 4th day of May, 2021.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE