# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MELVIN M. HUDSPATH,<br><br>　　　　Petitioner,<br><br>　v.<br><br>KYLE OLSON, et al.,<br><br>　　　　Respondents. | Case No. 3:20-cv-00638-LRH-CLB<br><br>**ORDER** |

Petitioner having filed an unopposed motion for extension of time (first request) (ECF No. 21), and good cause appearing;

IT THEREFORE IS ORDERED that petitioner's unopposed motion for extension of time (first request) (ECF No. 21) is **GRANTED**.  Petitioner will have up to and including September 10, 2021, to file a third amended petition for a writ of habeas corpus.

DATED:    August 13, 2021.

_____
LARRY R. HICKS
United States District Judge