# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MELVIN M. HUDSPATH,<br><br>　　　　　　Petitioner,<br><br>　v.<br><br>KYLE OLSON, et al.,<br><br>　　　　　　Respondents. | Case No. 3:20-cv-00638-LRH-CLB<br><br>**ORDER** |

Respondents having filed an unopposed motion for enlargement of time (first request) (ECF No. 24), and good cause appearing;

IT THEREFORE IS ORDERED that respondents unopposed motion for enlargement of time (first request) (ECF No. 24) is **GRANTED**. Respondents will have up to and including December 3, 2021, to file a response to the third amended petition for a writ of habeas corpus (ECF No. 23).

DATED: October 26, 2021.

_____
LARRY R. HICKS
United States District Judge

1