# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MELVIN M. HUDSPATH,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>KYLE OLSON, et al.,<br><br>　　　　Respondents. | Case No. 3:20-cv-00638-LRH-CLB<br><br>**ORDER** |

　　　　Respondents having filed an unopposed motion for enlargement of time (second request) (ECF No. 26), and good cause appearing;

　　　　IT THEREFORE IS ORDERED that respondents unopposed motion for enlargement of time (second request) (ECF No. 26) is **GRANTED**.  Respondents will have up to and including December 17, 2021, to file a response to the third amended petition for a writ of habeas corpus (ECF No. 23).

　　　　DATED:  December 6, 2021.

　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　LARRY R. HICKS
　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

1