UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MELVIN M. HUDSPATH, | Case No. 3:20-cv-00638-LRH-CLB |
| Petitioner, | **ORDER** |
| v. | |
| KYLE OLSON, et al., | |
| Respondents. | |

Petitioner having filed an unopposed motion for extension of time (first request) (ECF No. 31), and good cause appearing;

IT THEREFORE IS ORDERED that petitioner's unopposed motion for extension of time (first request) (ECF No. 31) is **GRANTED**.  Petitioner will have up to and including January 21, 2022, to file an opposition to the motion to dismiss (ECF No. 28).

DATED: January 5, 2022.

_____
LARRY R. HICKS
United States District Judge

1