1

2

3

4

5

6

7

8                           **UNITED STATES DISTRICT COURT**

9                                **DISTRICT OF NEVADA**

10

11    MELVIN M. HUDSPATH,                         Case No. 3:20-cv-00638-LRH-CLB

12                    Petitioner,                 **ORDER**

13            v.

14    KYLE OLSON, et al.,

15                    Respondents.

16

17        Respondents having filed an unopposed motion for enlargement of time (first request)

18    (ECF No. 34), and good cause appearing;

19        IT THEREFORE IS ORDERED that respondents' unopposed motion for enlargement of

20    time (first request) (ECF No. 34) is **GRANTED**.  Respondents will have up to and including

21    February 24, 2022, to file a reply in support of their motion to dismiss (ECF No. 28).

22        DATED:   February 1, 2022.

23                                                _____

24                                                LARRY R. HICKS
                                                  United States District Judge

25

26

27

28

                                                  1