# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MELVIN M. HUDSPATH, | Case No. 3:20-cv-00638-LRH-CLB |
| Petitioner, | **ORDER** |
| v. | |
| KYLE OLSON, et al., | |
| Respondents. | |

Respondents having filed an unopposed motion for enlargement of time (second request) (ECF No. 36), and good cause appearing;

IT THEREFORE IS ORDERED that respondents' unopposed motion for enlargement of time (second request) (ECF No. 36) is **GRANTED**. Respondents will have up to and including February 28, 2022, to file a reply in support of their motion to dismiss (ECF No. 28).

DATED: February 28, 2022.

_____
LARRY R. HICKS
United States District Judge

1