# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MELVIN M. HUDSPATH,<br><br>                Petitioner,<br>v.<br>KYLE OLSON, *et al.*,<br><br>                Respondents. | Case No. 3:20-cv-000638-LRH-CLB<br><br>**ORDER GRANTING MOTION TO EXTEND TIME (SECOND REQUEST)**<br><br>(ECF No. 42) |

This habeas matter is before the Court on Respondents' motion to extend the deadline to file and serve their answer to the Third Amended Petition for Writ of Habeas Corpus under 28 U.S.C. § 2254 ("Petition"). (ECF No. 42). Previously, the Court extended that deadline to November 22, 2022. (ECF No. 41). Respondents moved for a second extension before that deadline expired, arguing that they need more time due to their counsel's caseload, recent illness, and planned travel for the upcoming Thanksgiving holiday. (ECF No. 42). Counsel seeks an additional 42 days to effectively respond to the Petition. The Court finds that good cause exists to extend the deadline a second time.

**IT IS THEREFORE ORDERED** that Respondents' Motion for Enlargement of Time to Answer Petitioner's Third Amended Petition for Writ of Habeas Corpus (Second Request) (ECF No. 42) is GRANTED. Respondents' deadline to file an answer is **EXTENDED to January 3, 2023.**

DATED this 21st day of Nov. 2022.

LARRY R. HICKS
UNITED STATES DISTRICT JUDGE