# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

MELVIN M. HUDSPATH,

                                         Petitioner,

   v.

KYLE OLSON, *et al*.,

                                         Respondents.

Case No. 3:20-cv-000638-LRH-CLB

**ORDER GRANTING MOTION TO
EXTEND TIME (THIRD REQUEST)**

(ECF No. 44)

     This habeas matter is before the Court on Respondents' motion to extend the deadline to file and serve their answer to the Third Amended Petition for Writ of Habeas Corpus under 28 U.S.C. § 2254 ("Petition"). (ECF No. 44). Previously, the Court extended that deadline to January 3, 2023. (ECF No. 43). Respondents moved for a third extension before that deadline expired, arguing that they need more time due to their counsel's caseload. (ECF No. 44 at 2). Counsel seeks an additional 30 days to effectively respond to the Petition, up to and including February 2, 2023. The Court finds that good cause exists to extend the deadline a third time.

     **IT IS THEREFORE ORDERED** that Respondents' Motion for Enlargement of Time to Answer Petitioner's Third Amended Petition for Writ of Habeas Corpus (Third Request) (ECF No. 44) is GRANTED. Respondents' deadline to file an answer is **EXTENDED to February 3, 2023**.

     DATED this 10th day of January, 2023.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

1