# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| MELVIN M. HUDSPATH,<br><br>　　　　　　　　　　Petitioner,<br>v.<br>KYLE OLSON, *et al.*,<br><br>　　　　　　　　　　Respondents. | Case No. 3:20-cv-000638-LRH-CLB<br><br>**ORDER GRANTING MOTION TO EXTEND TIME (FOURTH REQUEST)**<br><br>(ECF No. 48) |

This habeas matter is before the Court on Respondents' motion to extend the deadline to file and serve their answer to the Third Amended Petition for Writ of Habeas Corpus under 28 U.S.C. § 2254 ("Petition"). (ECF No. 44). Previously, the Court extended that deadline to February 3, 2023. (ECF No. 45). Respondents move for a fourth extension of time, arguing that in preparing the answer, counsel discovered that the exhibits they previously filed were not properly redacted. Counsel seeks an additional 21 days, up to and including February 23, 2023, to prepare redacted exhibits, file an erratum with the corrected exhibits, and update the answer with the new docket numbers for the exhibits. (ECF No. 48 at 2–3). The Court is concerned by the number of extensions that have been sought for this deadline, but it finds that good cause exists to extend the deadline a fourth time. Counsel is cautioned that the Court will not entertain further extension of this deadline absent a showing of exigent circumstances.

**IT IS THEREFORE ORDERED** that Respondents' Motion for Enlargement of Time to Answer Petitioner's Third Amended Petition for Writ of Habeas Corpus (Fourth Request) (ECF No. 48) is GRANTED. Respondents' deadline to file an answer is **EXTENDED to February 23, 2023**.

DATED this 2nd day of February, 2023.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE