1
2
3

**UNITED STATES DISTRICT COURT**

4

**DISTRICT OF NEVADA**

5

MELVIN M. HUDSPATH,

Case No. 3:20-cv-00638-LRH-CLB

6

Petitioner,

7

v.

**ORDER GRANTING MOTION**

8

KYLE OLSON, *et al.*,

(ECF No. 57)

Respondents.

9
10

This habeas matter is before the Court on Petitioner's motion to extend the deadline to file

11

and serve his reply supporting his Third Amended Petition for Writ of Habeas Corpus under 28

12

U.S.C. § 2254. (ECF No. 57). The reply is currently due on April 3, 2023. This is the first request

13

to extend this deadline, and it is not opposed. Counsel seeks an additional 60 days, up to and

14

including June 2, 2023, to file the reply, arguing that more time is needed due to the complexity

15

and number of issues raised in this proceeding. The Court finds that good cause exists to extend

16

the deadline.

17

**IT IS THEREFORE ORDERED** that Petitioner's Motion for Extension of Time to File

18

Reply in Support of Petition (ECF No. 57) is GRANTED. Petitioner's deadline to file a reply is

19

**EXTENDED to June 2, 2023**.

20

DATED this 3rd day of April, 2023.

21
22

_____

LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

23
24
25
26
27
28